**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6909**

———————

WILLIAM E. GREENE,

Plaintiff - Appellant,

versus

VIRGINIA DEPARTMENT OF CORRECTIONS; FAIRFAX
COUNTY ADULT DETENTION CENTER; FAIRFAX COUNTY
BOARD OF SUPERVISORS,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Chief District Judge.  (CA-00-103-AM)

———————

Submitted:  December 15, 2000          Decided:  January 5, 2001

———————

Before WIDENER, NIEMEYER, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

William E. Greene, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William E. Greene appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Greene v. Virginia Dep't of Corrections</u>, No. CA-00-103-AM (E.D. Va. filed June 12, 2000; entered June 13, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>